UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 1344 |
| PERRY P. BIAYEIBO, | : | (Bank Fraud) |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | (Aiding and Abetting) |

## INFORMATION

The United States Attorney hereby informs the Court that:

### COUNT ONE

Between on or about March 29, of 2006, and on or about April 6, 2006, in a continuing course of action, within the District of Columbia and elsewhere, defendant PERRY P. BIAYEIBO, aided and abetted by others known and unknown to the United States Attorney, devised and executed a scheme and artifice to defraud Bank-Fund Staff Federal Credit Union, a credit union with accounts insured by the National Credit Union Share Insurance Fund, and to obtain money, funds and assets owned by and under the custody and control of Bank-Fund Staff Federal Credit Union by means of false or fraudulent pretenses, representations and promises.

(Bank Fraud, in violation of Title 18, United States Code, Sections 1344 and 2)

KENNETH L. WAINSTEIN

By

DANIEL P. BUTLER
Assistant United States Attorney, D.C. Bar # 417718
United States Attorneys Office
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov