AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF __District of Columbia__

UNITED STATES OF AMERICA
V.

Perry Biayeibo

WAIVER OF INDICTMENT

CASE NUMBER: 06-175 CKK

I, __Perry Biayeibo__, the above named defendant, who is accused of

Bank Fraud 18 U.S.C. 1344 and Aiding & Abetting 18 USC 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/23/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer