UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| : | |
| vs. : | CRIMINAL NO. 06-175 |
| : | Judge Colleen Kollar-Kotelly |
| : | |
| PERRY P. BIAYEIBO : | |
| Defendant : | |

## ORDER

The probation office shall file its Presentence Report by no later than SEPTEMBER 1, 2006.

The parties shall file its Memorandum in Aid of sentencing by no later than SEPTEMBER 8, 2006 and it is further;

ORDERED that the defendant shall be sentence in Courtroom #28A on the Sixth Floor on SEPTEMBER 15, 2006 AT 9:00 A.M.

IT IS SO ORDERED,

Date: 6/30/06

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Courtroom Clerk
    Pretrial
    Probation
    Daniel Butler, AUSA
    Tony Axam, AFPD