UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 06cr175 |
| : | Judge Colleen Kollar-Kotelly |
| PERRY BIAYEIBO : | |
| : | |
| Defendant : | |
| : | |

ORDER

The U.S. Probation Department shall prepare and file a pre-sentence report for Perry Biayeibo by no later than October 13, 2006; the parties' memoranda of law shall be filed by no later than October 20, 2006; and it is further

ORDERED that the defendant shall be sentenced on November 20, 2006, at 9:00 a.m. in Courtroom 28A, 6th Floor, William B. Bryant Annex.

8/22/06
Date

JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   Chambers
      Courtroom Clerk
      Tony Axam, AFPD
      Daniel Butler, AUSA
      Pretrial Services
      Monica Johnson, U.S. Probation Officer