UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 06cr175 |
| v. | Judge Colleen Kollar-Kotelly |
| PERRY P. BIAYEIBO | **FILED** |
| Defendant | SEP 2 6 2006 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## "AMENDED" ORDER

On September 21, 2006, the Court granted a "Request for Extension and Delay of Sentencing" filed by the U.S. Probation Office. Accordingly, the Court hereby amends it Order [10] dated June 30, 2006, as follows: The U.S. Probation Department shall prepare and file a pre-sentence report for <u>PERRY P. BIAYEIBO</u> by no later than <u>December 14, 2006</u>; the parties' memoranda of law shall be filed by no later than <u>December 28, 2006</u>; and it is further

ORDERED that the defendant shall be sentenced on <u>Friday, January 26, 2007, at 9:00 a.m. in Courtroom 28A</u>.

9/22/06
Date

JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc: Chambers
Courtroom Clerk
Perry P. Biayeibo,
Tony Axam, Esq.
Daniel Butler, AUSA
Monica Johnson, U.S. Probation Officer
Sharon Smith, Pretrial Services Officer

