UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-175-01 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **PERRY P. BIAYEIBO,** | : | |
| also known as Peter Diabo, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S RELEASE,
FOR ISSUANCE OF A BENCH WARRANT FOR HIS ARREST, AND
FOR HIS DETENTION WITHOUT BOND PENDING SENTENCING**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to revoke defendant Perry P. Biayeibo's release in the above-referenced matter. After defendant pled guilty in this matter, he was released on his own personal recognizance pending sentencing. The Probation Office has not been able to contact defendant in order to fulfill its responsibility to prepare the presentence investigation report. As a result, that Office has requested that the government file this motion. For the reasons discussed more fully below, the government requests that the Court issue a bench warrant for defendant's arrest. Further, upon defendant's arrest, the government requests that his conditions of release be revoked and that he be detained without bond pending sentencing. In support of this motion, the government states as follows:

I. Factual Discussion

1. On June 23, 2006, defendant pled guilty before Magistrate Judge John M. Facciola to a one-count information charging bank fraud in violation of 18 U.S.C. §§ 1344 and 2. He was released at the time on his personal recognizance.

2. Thereafter, the Court set sentencing in this case for September 15, 2006. The sentencing date was thereafter continued to November 20, 2006, and then to the present date of January 26, 2007. The latter extension was requested by the Probation Office because of difficulties it was having in contacting defendant in its efforts to prepare the presentence investigation report. *See* Memorandum from the Probation Office to the Court dated September 15, 2006.

3. By letter dated September 25, 2006 (copy attached), the Probation Office notified the undersigned attorney of its continuing difficulties in contacting defendant in order to prepare the presentence investigation report. In its letter, the Probation Office also noted that defendant has not been in contact recently with the D.C. Pretrial Services, as he is required to do under his conditions of release. *See* Conditions of Release (Document 7). The Probation Office, in its correspondence, requested that the government file this motion.

4. In the plea letter in this matter, filed with the Court on June 23, 2006, the government agreed not to oppose defendant's release pending sentencing and not to oppose his voluntary surrender to commence any sentence imposed. Plea letter, May 30, 2006, at pages 2-3, ¶ 5 (Document 5). This agreement was contingent upon defendant continuing to show his acceptance of responsibility by, among other things, "cooperating with the presentence report writer" and "abiding by the conditions set for his release." *Id.* In that defendant is not complying with his obligations under the plea letter and his conditions of release, the government has filed this motion.

## II. Conclusion

Wherefore, the government respectfully requests that this motion be granted. That is, the government requests that the defendant's conditions of release be revoked, that the Court issue a bench warrant for his arrest and that, upon defendant's arrest, he be held without bond pending sentencing.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


/ s /
_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov