## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 06-175-01 (CKK)** |
| : | |
| v. : | |
| : | |
| **PERRY P. BIAYEIBO,** : | |
|     also known as Peter Diabo, : | |
| : | |
| **Defendant.** : | |

### ORDER

Based on the representations in the government's motion to revoke defendant's release, for issuance of a bench warrant for his arrest, and for his detention without bond pending sentencing, this Court makes the following:

### FINDINGS OF FACT

1. Pursuant to the plea agreement and defendant Perry P. Biayeibo's conditions of release, defendant is required to cooperate with the presentence report writer and to abide by the conditions set for his release by the Court.

2. Despite defendant's obligations, he has not been in contact with the presentence report writer in her effort to prepare the presentence report and she has been unable to contact defendant by telephone, mail, or through his attorney. The presentence report writer has found that the phone numbers and addresses provided by defendant to her and the D.C. Pretrial Services are not in service or are inaccurate. Moreover, although defendant is required to contact D.C. Pretrial Services by phone weekly under his conditions of release, he is not currently in compliance, having last checked in with that agency on September 8, 2006.

3. By letter dated September 25 ,2006, the Probation Office notified the government of the difficulties it was having in contacting defendant in its efforts to prepare the presentence report.

The Probation Office requested that the government file a motion to revoke defendant's bond, which the government has done.

4. According to the D.C. Pretrial Services Report filed in this matter, defendant's address is 5626 Whitfield Chapel Road, #304, Lanham, Maryland 20706, his date of birth is October 12, 1966, and his PDID number is 562165. Defendant is a black male, Nigerian citizen, medium complexion, approximately five feet, eight inches tall, and weighs approximately 150 pounds.

Based on the above Findings of Fact, it is this _____ day of September, 2006, hereby

**ORDERED** that the prior Order of the Court of June 23, 2006, releasing defendant on his personal recognizance, is hereby revoked and a bench warrant shall be issued for his arrest;

**AND IT IS FURTHER ORDERED** that, upon defendant's arrest, he shall be detained without bond pending sentencing in this case.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE