# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

September 25, 2006

Mr. Daniel Pearce Butler
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

RE:  Biayeibo, Perry
     Docket No.: 06-0175-01
     Request for Recision of Bond

Mr. Butler:

On June 23, 2006, Perry Biayeibo pled guilty to Bank Fraud. The case was referred to our office for a presentence investigation and sentencing has been scheduled for November 20, 2006.

On several occasions, we have attempted to reach the defendant, by phone, by mail, and through his defense attorney, Tony Axam. The phone numbers provided by DC Pretrial Services (DCPSA) are not in service and inaccurate. A letter advising him of an office visit was sent to the address provided by DCPSA, but it was returned by the postal service and stamped "Address Unknown." I have been unsuccessful in my attempts to contact Mr. Biayeibo for the purposes of conducting a presentence investigation. Defense Counsel attempted to reach Mr. Biayeibo, but he has also been unsuccessful.

On September 7, 2006, I requested that DCPSA instruct the defendant to contact me when he checked in by phone. However, on September 25, 2006, DCPSA advised this officer that Mr. Biayeibo last checked in with them on September 8, 2006, and have had no contact with him since that time.

On the basis of the above, the Probation Officer requests that the United States Attorney asks the Court to revoke Mr. Biayeibo's bond and issue a warrant, since he has not complied with the terms of his release.

**Biayeibo, Perry**  **Page 2**

Defense Counsel has been made aware of this request.

Sincerely,

**UNITED STATES PROBATION OFFICE**

*Monica L. Johnson*
Monica L. Johnson
United States Probation Officer
(202) 565-1332


cc:   Tony Axam, Defense Counsel
      DC Pretrial Services