UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Judge Colleen Kollar-Kotelly |
| : | Criminal Action No. **06cr175** |
| **PERRY P. BIAYEIBO** : | |
| : | |
| Defendant : | |
| : | |

**ORDER**

The Court received a *Request for Removal from PSA Supervision,* dated September 25, 2006, from the Pretrial Services Agency, due to Mr. Biayeibo's non-compliance with the conditions of his release.

Accordingly, it is this **29** day of September 2006, hereby

**ORDERED** that Mr. Biayeibo appear before the Court on October 11, 2006, at 10:45 a.m. in Courtroom 28A, 6th Floor Annex, to show cause as to why defendant's conditions of release should not be revoked and defendant held without bond pending sentencing.

*/s/ Colleen Kollar-Kotelly*
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:

Mr. Perry Biayeibo
5508 newton Street, Apt. 4
Hyattsville, MD 20784

Daniel Butler, AUSA

Tony Axam, AFPD

Sharon Smith, Pretrial Services Officer

Monica Johnson, Probation Department