CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 06-175 (CKK) |
| | ) | |
| PERRY P. BIAYEIBO | ) | |
| | ) | Category  B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>November 26, 2007</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Criminal Case Processing Clerk ✓
     U.S. Attorney—Judiciary Square Building, Room 5133
     Statistical Clerk